

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00530-CV

Abelardo G. **GONZALEZ**,
Appellant

v.

Isidro R. **ALANIZ** and Pedro Morales,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVK001190D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. No costs of appeal are taxed in this case because appellant is indigent.

SIGNED March 23, 2022.

_____
Rebeca C. Martinez, Chief Justice